MADDOX, Justice.
This is a pro se appeal[1] by an inmate who sought to intervene in a wrongful death action filed by his wife, as adminis-tratrix of the estate of his late son, who apparently was killed in a fire in their trailer home.
The record before us is incomplete, and the appellant’s brief is inadequate, but apparently the appellant is claiming that he had a statutory right to intervene in the wrongful death action filed by his wife as administratrix.[2] The record before us does not show that the trial judge committed reversible error in denying appellant’s request to intervene in the lawsuit; therefore, based on the authority of Dearmon v. Dearmon, 492 So.2d 1004 (Ala.1986), we affirm.
AFFIRMED.
HORNSBY, C.J., and ALMON, ADAMS and STEAGALL, JJ., concur.

. "[A]n order denying intervention as of right is appealable.” Thrasher v. Bartlett, 424 So.2d 605, 607 (Ala.1982).

. The pleadings are not included in the record, but the order appealed from reads, in part, as follows:
"This is a civil action to collect damages from several defendants for their alleged negligence or breach of warranty. The action was begun by the mother on behalf of her deceased son’s estate.
******
"IT IS THEREFORE, ORDERED AND ADJUDGED BY THE COURT AS FOLLOWS:
******
"4. That the petition of Melvin Arnold to intervene in this action as a party plaintiff is denied.”